UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLANO-NAPA COUNTIES ELECTRICAL WORKERS HEALTH & WELFARE TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BRAMBILA & KELLEY INC.,<br><br>Defendant. | Case No. 24-cv-06403-AMO<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. Nos. 16, 22 |

The Court has reviewed Magistrate Judge Alex G. Tse's Report and Recommendation Re: Plaintiffs' motion for default judgment. No objections were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the Court GRANTS Plaintiffs' motion for default judgment and shall enter judgment for plaintiffs and against Brambila & Kelley, Inc., for $115,888.69. Further, the Court GRANTS Plaintiffs' request for an injunction requiring Brambila & Kelley, Inc., "to timely submit required monthly contribution reports and payments as required by the terms of the CBA and Trust Agreements."

By no later than July 22, 2025, Plaintiffs shall submit their proposed form of judgment on the docket and in Word version to amopo@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: July 14, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**